IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


THOMAS E. PEREZ,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR                       PLAINTIFF

VS.                                  CIVIL ACTION NO. 5:12-cv-52-DCB-MTP

RICHARD THOMPSON AND
THOMPSON TREE AND SPRAYING
SERVICE, INC. doing business as
LIVE OAKS NURSERY


ORDER

   The Court scheduled a telephone conference in the referenced

matter which took place on Friday, September 27, 2013 at 9:30

a.m.  The purpose of the conference was to discuss the

possibility that the ongoing Congressional debate regarding

budgetary matters may interrupt funding needed by Plaintiff to

proceed to trial on the scheduled date, October 2, 2013.  Because

of this uncertainty the Court, by agreement of counsel, continued

this matter to a date to be announced by the Court as soon as

these Congressional issues are resolved.  All subpoenas will

remain in effect and the witnesses subject thereto will report to

Court on the date selected by the Court and announced to counsel

as soon as the current budgetary crisis is resolved.

   SO ORDERED this the  27th  day of September, 2013.


                            s/ David Bramlette
                           UNITED STATES DISTRICT JUDGE