```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

THOMAS E. PEREZ,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR                         PLAINTIFF

VS.                              CIVIL ACTION NO. 5:12-cv-52-DCB-MTP

RICHARD THOMPSON AND
THOMPSON TREE AND SPRAYING
SERVICE, INC. doing business as
LIVE OAKS NURSERY

<u>ORDER</u>

The Court scheduled a telephone conference in the referenced matter which took place on Friday, September 27, 2013 at 9:30 a.m.  The purpose of the conference was to discuss the possibility that the ongoing Congressional debate regarding budgetary matters may interrupt funding needed by Plaintiff to proceed to trial on the scheduled date, October 2, 2013.  Because of this uncertainty the Court, by agreement of counsel, continued this matter to a date to be announced by the Court as soon as these Congressional issues are resolved.  All subpoenas will remain in effect and the witnesses subject thereto will report to Court on the date selected by the Court and announced to counsel as soon as the current budgetary crisis is resolved.

SO ORDERED this the  27th  day of September, 2013.

                                    <u> s/ David Bramlette    </u>
                                    UNITED STATES DISTRICT JUDGE